■ In the Matter of McKayla J. and Another, Infants. Erie County Department of Social Services, Respondent. Annie M., Appellant. [938 NYS2d 494]

Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.